**John C. Betz, complainant and defendant in error, v. Bertha Kleyla Andrews et al., defendants.**
**Bertha Kleyla Andrews, cross complainant and complainant in error, v. John C. Betz et al., defendants in error. Gen. No. 7,317.**

Suit to foreclose mortgage. Decree for plaintiff. Error to the Circuit Court of Rock Island; the Hon. W. T. Church, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925.

W. R. Moore, for complainant in error. Andrew Olson, for defendants in error, except Annabelle Rogers and John C. Betz. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for John C. Betz, defendant in error.

Mr. Justice Partlow delivered the opinion of the court.